UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-21003-CIV-SEITZ/MCALILEY

SERGIO MIGUEL ZAMBRANO,

        Plaintiff,

v.

TURKEL SCHAPS, INC. d/b/a TURKEL,
a Florida Corporation, and BRUCE TURKEL,
jointly and severally,

        Defendants.
_____/

## ORDER GRANTING EXTENSION OF TIME TO HAVE ATTORNEY FILE NOTICE OF APPEARANCE AND TO SCHEDULE EVIDENTIARY HEARING

THIS CAUSE came before the Court on Plaintiff's "Letter" to the Court which this Court construes as a motion for extension of time. In its August 10, 2007 Order, the Court required Plaintiff to have his new attorney file a notice of appearance by August 17, 2007.[1] Additionally, the Court stated that the parties must schedule an evidentiary hearing with Magistrate Judge Turnoff's chambers by August 22, 2007. On August 17, Plaintiff caused a "Letter" to be filed in the case docket stating that he has been unable to obtain new counsel and needed more time to do so. Accordingly, it is hereby

        ORDERED that

        1.        Plaintiff's new counsel must file his notice of appearance by **September 12, 2007**. If Plaintiff has been unable to find new representation by such date, he must proceed with the evidentiary hearing *pro se*.

        2.        The parties shall contact Magistrate Judge Turnoff's chambers to schedule the evidentiary hearing by **September 26, 2007**.

        3.        The Clerk of Court is directed to serve this Order on the *pro se* Plaintiff at Sergio M.

---

[1] The Court further stated that until Plaintiff's new counsel files a notice of appearance, he would be proceeding *pro se*. Accordingly, the Court entered an Order of Instructions to *Pro Se* Litigants. (*See* DE 20.)

-2-

Zambrano, 515 SW 10th Ave., Apt C-1, Miami, Florida 33130.

DONE AND ORDERED at Miami, Florida, this 21st day of August, 2007.

*[signature]*

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record

Magistrate Judge Turnoff

Sergio Zambrano, *pro se*
515 SW 10th Ave, Apt. C-1
Miami, Florida 33130